1  **JILL L. RYTHER**
   **MICHELLE V. PAUL**
2  **RYTHER LAW GROUP**
3  **8560 W. Sunset Blvd., Ste. 500**
   **West Hollywood, CA  90069**
4  **Telephone 424-272-4706**
   **Fax 310-773-9192**
5  **Attorneys for Plaintiff Trisha Newman**

6
   **James D. Weakley, Esq.  Bar No. 082853**
7  **Leslie M. Dillahunty, Esq.  Bar No. 195262**
   **Weakley & Arendt, LLP**
8  **1630 East Shaw Ave., Suite 176**
   **Fresno, California 93710**
9  **Telephone:  (559) 221-5256**
   **Facsimile:  (559) 221-5262**
10 **Jim@walaw-fresno.com**
   **Leslie@walaw-fresno.com**
11
   **Attorneys for Defendants, COUNTY OF FRESNO, also erroneously separately sued as**
12 **FRESNO COUNTY SHERIFF'S DEPARTMENT, and FRESNO COUNTY SHERIFF'S**
   **OFFICER HERNANDEZ**
13

14

15                     **UNITED STATES DISTRICT COURT**

16                      **EASTERN DISTRICT OF CALIFORNIA**

17 | TRISHA NEWMAN, | ) Case No.: 1:16-cv-01099-DAD-MJS |
18 |                | ) |
   |     Plaintiff, | ) STIPULATION TO AUGMENT |
19 | v.             | ) SCHEDULING ORDER |
   |                | ) |
20 | COUNTY OF FRESNO, a public entity; | ) |
   | FRESNO COUNTY SHERIFF'S | ) |
21 | DEPARTMENT, a public entity; and | ) |
   | FRESNO COUNTY SHERIFF'S | ) |
22 | OFFICER HERNANDEZ, individually and | ) |
23 | in his official capacity, | ) |
   |                | ) |
24 |                | ) |
   |     Defendants. | |
25

26         TO THE HONORABLE COURT:

27

28
                                     1

This stipulation is entered into by and between the plaintiff and the defendants, by and through their respective counsel.

1. The parties have been diligent in their efforts to move this case forward. Several depositions have been completed and discovery has been propounded and responded to. Nevertheless, the parties have agreed that they need some additional time to complete discovery and to submit their expert witness declarations.

2. This is the parties' first request to augment the scheduling order.

3. Based on the foregoing, the parties seek leave to augment the scheduling order as follows:

Non-Expert Discovery Cutoff from February 28, 2017, to March 14, 2017.

Expert Disclosure from March 7, 2017, to March 21, 2017.

Supplemental/Rebuttal Expert Report from April 7, 2017, to April 21, 2017

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to approval by this Court, that the Scheduling Order be augmented as set forth above.

DATED: February 28, 2017            LAW OFFICE OF JILL L. RYTHER

                                    By: /s/ Jill L. Ryther _
                                        Jill L. Ryther
                                        Attorney for Plaintiff Trisha Newman

DATED: February 28, 2017            WEAKLEY & ARENDT, LLP

                                    By:    /s/   Leslie M. Dillahunty_____
                                           Leslie M. Dillahunty
                                           James D. Weakley
                                           Attorneys for Defendants

**ORDER**

Good cause appearing, the STIPULATION TO AUGMENT SCHEDULING ORDER in Case No.: 1:16-cv-01099-DAD-MJS is accepted and its terms adopted as the Order of this Court, as follows:

1. The deadline for non-expert discovery is extended to March 14, 2017.

2. The deadline for initial disclosure of experts is extended to March 21, 2017.

3. The deadline for Supplemental/Rebuttal Expert disclosures is extended to April 21, 2017

4. All other dates and deadline shall remain as set forth in the Scheduling Order.

IT IS SO ORDERED.

Dated:   March 1, 2017                           /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE