James D. Weakley, Esq. Bar No. 082853
Leslie M. Dillahunty, Esq. Bar No. 195262

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Leslie@walaw-fresno.com

Attorneys for Defendants, COUNTY OF FRESNO, also erroneously separately sued as FRESNO COUNTY SHERIFF'S DEPARTMENT, and FRESNO COUNTY SHERIFF'S OFFICER HERNANDEZ

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA NEWMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO, a public entity; FRESNO COUNTY SHERIFF'S DEPARTMENT, a public entity; and FRESNO COUNTY SHERIFF'S OFFICER HERNANDEZ, individually and in his official capacity,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-01099-DAD-MJS<br><br>STIPULATED PROTECTIVE ORDER AUTHORIZING LIMITED DISCLOSURE OF CONFIDENTIAL RECORDS<br><br>Complaint Filed: July 29, 2016<br>Trial Date: December 5, 2017<br><br>**Public Entity Exempt from Filing Fees Pursuant to Government Code section 6103** |

IT IS STIPULATED by and between the parties that certain County of Fresno Sheriff's Department documentation and/or training materials pertaining to encountering animals, including dogs, which is provided to its sheriff's deputies, may be disclosed to the Ryther Law Group, attorneys for the plaintiff, Trish Newman, and the law firm of Weakley & Arendt, LLP, attorneys for the County of Fresno, erroneously separately sued as the Fresno County Sheriff's Department, and Fresno County Sheriff's Deputy Michael Hernandez, in the civil case of *Trisha Newman v. County of Fresno, et al.*, United States District Court, Eastern District of California, Case No. 1:16-cv-01099-DAD-MJS.

It is further ordered that disclosure of the documentation, as well as deposition and trial testimony will be pursuant to the following Protective Order:

## PROTECTIVE ORDER

1. The disclosed documents shall be used solely in connection with the civil case of Trisha Newman v. County of Fresno, et al., United States District Court, Eastern District of California, Case No. 1:16-cv-01099-DAD-MJS, in the discovery and trial of this case, or any related proceeding, and not for any other purpose or in any other litigation.

2. The documents may only be disclosed to the following persons:

    a) counsel for the parties and all parties to this action;

    b) paralegal, clerical, and secretarial personnel regularly employed by counsel referred to in subpart (a) directly above, including stenographic deposition reporters retained in connection with this action;

    c) court personnel including stenographic reporters engaged in proceedings as are necessarily incidental to the preparation for the trial of the civil action;

    d) any expert, consultant or investigator, either non-retained or retained, in connection with this action;

    e) witnesses other than plaintiff may have the documents disclosed to them in preparation for trial as deemed necessary by counsel, including disclosure in connection with investigation, discovery proceedings, law and motion matters, arbitration, and/or trial only; the witnesses may not leave the deposition, arbitration or trial with copies of the documents, and shall be bound by the provisions of paragraph 3. Any documents attached to a deposition transcript will be attached under seal.

    f) the finder of fact at the time of trial subject to the court's rulings on in limine motions and objections of counsel.

3. Each person to whom disclosure is made with the exception of counsel, who are presumed to know the contents of this protective order shall, prior to the time of disclosure, be provided by the person furnishing him or her such material, a copy of the Protective Order. Each person to whom disclosure is made shall agree on the record or in writing that he/she has

Stipulated Protective Order

2

read the Protective Order and he/she understands the provisions of that Order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding related to enforcement of this Order, including without limitation, any proceeding for contempt. Provisions of this Order, insofar as they restrict disclosure and use of the material, shall be in effect until further order of this Court.

4. Any documents filed with the court subject to this protective order shall be filed under seal and marked as follows: "CONFIDENTIAL RECORDS SUBJECT TO PROTECTIVE ORDER." Such documents shall be kept by the Court under seal and made available only to the Court or counsel. It is the responsibility of the attorney filing the documents to ensure compliance with the provisions set forth above.

5. Any confidential document subject to this Protective Order that is attached as an exhibit to a deposition shall be done so under seal and identified as confidential.

6. At the conclusion of this litigation, all confidential documents received under the provisions of this Order, including copies made, shall be destroyed, or tendered back to the agency or department from which they were obtained. The conclusion of this litigation means a termination of the case following applicable post-trial motions, appeal and/or retrial.

DATED: April 3, 2017                    RYTHER LAW GROUP, LLP

                                        By:   /s/ Jill Ryther
                                              Jill Ryther, attorneys for
                                              Plaintiff, Trisha Newman

DATED: April 3, 2017                    WEAKLEY & ARENDT, LLP

                                        By:   /s/ James D. Weakley
                                              Leslie M. Dillahunty attorneys for
                                              County of Fresno, erroneously separately
                                              sued as the Fresno County Sheriff's Department,
                                              and Sheriff's Deputy Michael Hernandez

**ORDER**

Good cause appearing, the above Stipulated Protective Order in Case No. 1:16-cv-01099-DAD-MJS is accepted and its terms adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:  April 4, 2017                              /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE