UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA NEWMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO, a public entity; FRESNO COUNTY SHERIFF'S DEPARTMENT, a public entity; and FRESNO COUNTY SHERIFF'S OFFICER HERNANDEZ, individually and in his official capacity,<br><br>　　　　　Defendants. | No. 1:16-cv-01099-DAD-MJS<br><br><u>ORDER GRANTING STIPULATION TO CONTINUE CERTAIN SCHEDULED DATES</u><br><br>(Doc. Nos. 29, 30) |

On October 4, 2017, the parties filed a joint stipulation to continue the Pretrial Conference and Trial dates in this action. (Doc. No. 29.) On September 18, 2017, the court issued a minute order continuing the pre-trial conference to November 20, 2017 at 1:30 p.m. and jury trial to January 23, 2018 at 8:30 a.m. (Doc. No. 28.) However, these dates pose a direct conflict with defendants' counsel's schedule who has previously been set for a jury trial on January 23, 2018 in another civil lawsuit, *Lauris v. Novartis AG, et al.*, 1:16-cv-00393-SEH, in the Eastern District of California. (Doc. No. 29 at 2, ¶ 7.) As such, the parties propose continuing the pre-trial conference to May 29, 2018 and jury trial to July 24, 2018. Based on the stipulation, neither

1

party will be prejudiced by the proposal nor will any other dates established in the amended scheduling order (Doc. No. 14) be disturbed.

Accordingly, for good cause shown and in light of the parties' stipulation, the court will amend the schedule in this case as follows:

1. The pre-trial conference previously set for November 20, 2017 at 1:30 p.m. is now continued to May 21, 2018 at 1:30 p.m.[1]
2. The jury trial previously set for January 23, 2018 at 8:30 a.m. is now continued to July 24, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **October 4, 2017**

UNITED STATES DISTRICT JUDGE

---

[1] Although the parties requested that the pre-trial conference be continued to May 29, 2018, the closest available date is May 21, 2018. Should the parties find this date untenable, they are directed to contact Courtroom Deputy Renee Gaumnitz to determine an appropriate pre-trial conference date.

2